**DISMISS and Opinion Filed October 25, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00772-CV

## GEORGE RODMAN A/K/A EARL GEORGE RODMAN III, Appellant
## V.
## YORKSHIRE WEST CAPITAL, INC., Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-94-03613

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/

ROBERT D. BURNS, III

230772F.P05        CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GEORGE RODMAN A/K/A EARL GEORGE RODMAN III, Appellant

No. 05-23-00772-CV          V.

YORKSHIRE WEST CAPITAL, INC., Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-94-03613. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee YORKSHIRE WEST CAPITAL, INC. recover its costs of this appeal from appellant GEORGE RODMAN A/K/A EARL GEORGE RODMAN III.

Judgment entered October 25, 2023